■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM TERRY, Appellant. [791 NYS2d 519]—

Judgment, Supreme Court, New York County (Laura Drager, J., at hearing; Daniel P. FitzGerald, J., at plea and sentence), rendered May 30, 2002, convicting defendant of criminal sale of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

The court properly denied defendant's suppression motion. The radioed description of the drug seller, which featured a detailed clothing description, was sufficiently specific, given the very close spatial and temporal factors, to provide probable cause for the arrest (*see e.g. People v Rampersant*, 272 AD2d 202 [2000], *lv denied* 95 NY2d 870 [2000]; *People v Ward*, 182 AD2d 573 [1992], *lv denied* 81 NY2d 849 [1993]; *People v Moczo*, 174 AD2d 365 [1991], *lv denied* 78 NY2d 1013 [1991]). Concur— Mazzarelli, J.P., Saxe, Ellerin, Williams and Sweeny, JJ.